Michael J. Morrison, Esq. SBN 1665
1495 Ridgeview Drive, Suite 220
Reno, Nevada 89509
Tel: (775) 827-6300

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC., A CORPORATION, ET. AL.,<br><br>  Plaintiff,<br><br>  vs.<br><br>PURE COUNTRY DANCEHALL & SALOON, INC., dba PURE COUNTRY DANCEHALL & SALOON, AND CATHI WOODS, AN INDIVIDUAL<br><br>  Defendants. | 3:06-cv-00374-ECR(RAM)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

### STIPULATION

COME NOW Plaintiffs and Defendants, by and through their respective undersigned attorneys, and hereby stipulate that Defendants may have to and including May 25, 2007, within which to file a response to Plaintiffs' Motion for Summary Judgment filed herein.

(Signature page follows.)

///

///

Signature Page for Stipulation.

Dated this 15<u>th</u> day of May, 2007.

<u>         /s/ Michael J. Morrison         </u>
Michael J. Morrison, Esq., SBN 1665
Attorney for Defendants

Dated this 15<u>th</u> day of May, 2007.

<u>         /s/ Michael Knox         </u>
Michael Knox, Esq., SBN 4932
Lionel Sawyer & Collins
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:_____     _____
                                                                          U.S. MAGISTRATE JUDGE