Leslie Bryan Hart
Nevada State Bar No. 4932
Michael D. Knox
Nevada State Bar No. 8143
LIONEL SAWYER & COLLINS
50 West Liberty Street, Suite 1100
Reno, Nevada 89501
Phone:  (775) 788-8666
Fax:    (775) 788-8682

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC. et al, <br><br> Plaintiffs, <br><br> v. <br><br> PURE COUNTRY DANCEHALL & SALOON, INC. d/b/a PURE COUNTRY DANCEHALL & SALOON and CATHI WOODS, individually, <br><br> Defendants. | Case No.3:06-CV-00374-ECR-RAM |

**PERMANENT INJUNCTION**

This matter having come before the Court on Plaintiffs' Motion for Summary Judgment, and the Court having granted summary judgment in favor of Plaintiffs against Defendants as to Defendants' infringement of Plaintiffs' copyrighted materials, it is hereby ORDERED, ADJUGED AND DECREED that:

1. Defendants, their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them are permanently enjoined and restrained from infringing, by any means, any of Plaintiffs' rights under the Copyright Act in Plaintiffs' copyrighted musical compositions, including, but not limited to, engaging in or allowing the unlicensed public performance of Plaintiffs' copyrighted musical compositions.

///

///

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO, NEVADA 89501
(775) 788-8666

2. The Court retains jurisdiction over this matter for purposes of enforcing and applying this Permanent Injunction.

DATED this _____ day of February, 2008.

By: _____.
UNITED DISTRICT COURT JUDGE

Submitted by:

/s/ Michael D. Knox            .
LIONEL SAWYER & COLLINS
Leslie Bryan Hart, Esq.
Michael D. Knox, Esq.
50 West Liberty Street, Ste. 1100
Reno, Nevada 89501
Phone  (775) 788-8666

Attorney for Plaintiffs

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666

2

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Lionel Sawyer & Collins and not a party to, nor interested in, the within action; that on the 19th day of February, 2008, a true and correct copy of PERMANENT INJUNCTION was transmitted electronically through the Court's e-filing electronic notice system*, to the following:

I hereby certify that the following parties in this matter are e-filers and have agreed to accept service of court filed documents via the Court's CM/ECF System:

Michael Morrison
1495 Ridgeview Drive, #220
Reno, NV 89509
morrisonlaw@pyramid.net

/s/ Jeanne Hale                .
JEANNE HALE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666

3