UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BROADCAST MUSIC, INC., *et al.*, | ) |
| Plaintiffs, | ) Case no.  3:06-cv-374-LRH-WGC ) |
| vs. | ) ORDER ) |
| CATHI WOODS, *et al.*, | ) ) |
| Defendants. | ) ) |

Before the court are Plaintiff Broadcast Music, Inc.'s Request for Dismissal Under Rule 41(a)(2) (#74)[1] and Defendants' Request for Dismissal with Prejudice (#75). The parties are in agreement that this case is to be dismissed; the dispute is whether the case should be dismissed with or without prejudice.

It appearing that the bankruptcy of Defendant Woods was a principle reason for the inaction which occurred in this matter, the court's dismissal will be without prejudice.

IT IS THEREFORE ORDERED that this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 27th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.